UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PATRICIA ROSS,

    Plaintiff,

v.                                       Case No: 6:12-cv-1702-Orl-18DAB

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Commissioner's decision to deny plaintiff's application for disability benefits. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **ADOPTED** as part of this order. The Court feels that the plaintiff's obesity is the cause of her depression and lower back pain, however, further proceedings consistent with the findings of the magistrate judge's report are required. This case is **REMANDED** to the Social Security Administration for further proceedings. Clerk of the Court is directed to enter judgment accordingly and **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this \_\_3\_\_ day of October, 2013.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record