UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PATRICIA ROSS,

    Plaintiff,

v.                                                    Case No: 6:12-cv-1702-Orl-18DAB

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

This cause comes before the Court on Plaintiff's Unopposed Motion for Attorney Fees (Doc. No. 22) filed November 1, 2013.

The United States Magistrate Judge has submitted a report recommending that the motion be granted. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The Court **GRANT'S** Plaintiff's Motion for Attorney's Fees and awards Plaintiff $5,520.64 in attorney's fees and $350 in costs. Clerk of the Court is directed to enter judgment for attorney's fee and costs in Plaintiff's favor accordingly.

**DONE AND ORDERED** at Orlando, Florida, this 9 day of December, 2013.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record